IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISETTE FAVELA; AND MIGUEL ESPINO,<br><br>      Plaintiff,<br><br>v.<br><br>AEROVIAS DE MEXICO S.A. DE C.V.(INC.), a foreign corporation, dba AEROMEXICO; and AEROLITORAL S.A. DE C.V., a foreign corporation, dba AEROMEXICO CONNECT,<br><br>      Defendants. | Case No. 1:19-cv-00239 |

**NOTICE OF CHANGE OF ADDRESS**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT:

  Effective October 1, 2021, Condon & Forsyth LLP, Scott D. Cunningham, Justin A. Schmidt and Michelle Rahban, counsel of record for AEROVIAS DE MEXICO, S.A. DE C.V. and AEROLITORAL S.A. DE C.V. will have the new mailing address:

Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036

  All other contact information will remain the same. Please update your docket, proof of service, and mailing lists accordingly.

/ /

Dated: September 29, 2021

By: /s/ Michelle Rahban
Telly Andrews
Richard A. Walker
KMA ZUCKERT LLC
200 West Madison Street, 16th Floor
Chicago, Illinois 60606
tandrews@kmazuckert.com
rwalker@kmazuckert.com
Telephone: (312) 345-3000
Facsimile: (312) 345-3119

-and-

John Maggio (pro hac vice)
CONDON & FORSYTH LLP
7 Times Square
New York, New York 10036
jmaggio@condonlaw.com
Telephone: (212) 894-6700
Facsimile: (212) 370-4453

Scott D. Cunningham (pro hac vice)
Justin Schmidt (pro hac vice)
Michelle Rahban (pro hac vice)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067
scunningham@condonlaw.com
jschmidt@condonlaw.com
mrahban@condonlaw.com
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

*Attorneys for Defendants
Aerovias de Mexico, S.A. de C.V. and
Aerolitoral S.A. de C.V.*

## CERTIFICATE OF SERVICE

      The undersigned certifies that, on September 29, 2021, pursuant to Fed. R. Civ. P. 5 and LR 5.5, a true and correct copy of the foregoing Notice of Change of Address was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the court.

      /s/ Michelle Rahban  
      Michelle Rahban

LAOFFICE 269732v.1