IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISETTE FAVELA; and MIGUEL ESPINO,<br><br>Plaintiffs,<br><br>v.<br><br>AEROVIAS DE MEXICO S.A. DE C.V. (INC.), a foreign corporation, d/b/a AEROMEXICO; and AEROLITORAL S.A. DE C.V., a foreign corporation, d/b/a AEROMEXICO CONNECT,<br><br>Defendants. | Case No. 1:19-cv-00239<br><br>Hon. Harry D. Leinenweber |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of the Parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. 1:19-cv-00239 is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: 12/2/22

_____
Honorable Harry D. Leinenweber
United States District Judge

1